UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Ali Bonaparte

## PETITION FOR WRIT OF HABEAS CORPUS

1. Ali Bonaparte, D.O.B.: 4/26/80, FBI# 518575DB2 is now confined at Hudson County Jail.

2. Said individual will be required at Newark, New Jersey, before the Honorable Stanley R. Chesler, Newark, NJ 07102, on April 13, 2009, at 9:30 a.m., for an Arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 7, 2009

Christine I. Magdo
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 4/7/09

Hon. Stanley R. Chesler
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Hudson County Jail, YOU that you have the body of

**ALI BONAPARTE**

now confined at Hudson County Jail, be brought to the United States District Court, before the Honorable Stanley R. Chesler, in Newark NJ on Monday, April 13, 2009, 9:30 a.m., so that he may appear for an Arraignment in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 4/7/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk