UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Hon. Stanley R. Chesler
                                       Crim. No. 09-225
          v.                   :
                                       CONTINUANCE ORDER
ALI BONAPARTE                  :

      This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Christine Magdo, Assistant U.S. Attorney), and defendant Ali Bonaparte (by Lorraine Gauli-Ruffo, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

      2.  Defendant has consented to the aforementioned Continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 15th day of May, 2009,

IT IS ORDERED that the period from June 9, 2009, through September 15, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7), and

IT IS FURTHER ORDERED that

Pretrial motions be filed by June 26, 2009.

Opposition to motions be filed by July 6, 2009.

The motions hearing date is set for July 20, 2009.

The trial is set for September 15, 2009.

HON. STANLEY R. CHESLER
United States District Judge

FORM AND ENTRY CONSENTED TO BY:

Christine I. Magdo
Assistant United States Attorney

Lorraine Gauli-Ruffo
Assistant Federal Public Defender
Counsel to defendant Ali Bonaparte