UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Ali Bonaparte

## P E T I T I O N   F O R
## W R I T   O F   H A B E A S   C O R P U S

1. Ali Bonaparte, D.O.B.      80, FBI# 518575DB2 is now confined at Hudson County Jail.

2.  Said individual will be required at Newark, New Jersey, before the Honorable Stanley R. Chesler, Newark, NJ 07102, on Monday, July 20, 2009, at 10:00 a.m., for a Plea Hearing in the above-captioned case.  A Writ of Habeas Corpus should issue for that purpose.

DATED:  June 22, 2009

Christine I. Magdo
Assistant U.S. Attorney
Petitioner

## O R D E R

Let the Writ Issue.

DATED: 6/24/09

Hon. Stanley R. Chesler
United States District Judge

## W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of the Hudson County Jail, YOU that you have the body of

### ALI BONAPARTE

now confined at Hudson County Jail, be brought to the United States District Court, before the Honorable Stanley R. Chesler, in Newark NJ  on Monday, July 20, 2009, 10:00 a.m., so that he may appear for a Plea Hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 6/24/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:
Deputy Clerk